Certificate Number: 05781-ILN-DE-041502596

Bankruptcy Case Number: 21-80962

05781-ILN-DE-041502596

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 29, 2026, at 5:32 o'clock PM PDT, Nick Colley completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date: September 29, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President